

ORIGINAL

FILED

06/23/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0100

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0100

LIONEL SCOTT ELLISON,

    Appellant and Petitioner,

v.

STATE OF MONTANA,

    Appellee and Respondent

FILED

JUN 23 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

On June 11, 2020, self-represented Appellant Lionel Scott Ellison filed a "Formal Objection to the Late and Untimely Filing of Appellee's Response Brief" and a "Motion to Review/Overturn this Matter, Based on the Attached Newly Released Exculpatory Evidence that the District Court's Former Clerk Denied and Withheld."

We decline to consider any pleadings that Ellison has filed because they are either untimely, inappropriate, or both. M. R. App. P. 16(2) and 12(10). Upon review of our docket, this Court has previously entertained such meritless motions from Ellison during this appeal and have denied such requests. This appeal was sent to this Court on June 19, 2020, because briefing has been completed. A decision will be issued in due course. Therefore,

IT IS ORDERED that Ellison's Objection and Motion and any claims therein are DENIED and DISMISSED.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Clarence Redmond Logue Jr.

DATED this 23rd day of June, 2020.

For the Court,

By _____

    Chief Justice